## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| ERIC MATTSON, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 25-00481-KD-B |
| | ) | |
| OKSANA KRISTEN SINGH | ) | |
| and IQBAL SINGH, | ) | |
|     Defendants. | ) | |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge dated April 1, 2026 (Doc. 52) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Defendants Oksana Kristen Singh and Iqbal Singh's *pro se* motion to dismiss (Doc. 42) is **DENIED** without prejudice to counsel's ability to file any proper motions on behalf of Defendants going forward.

**DONE** and **ORDERED** this **23rd** day of **April 2026.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**