**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **ERIC MATTSON,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 25-00481-KD-B** |
| | ) | |
| **OKSANA KRISTEN SINGH** | ) | |
| **and IQBAL SINGH,** | ) | |
| **Defendants.** | ) | |

**ORDER**

This action is before the Court on the Joint Motion to Drop Defendant Iqbal Singh. (Doc. 71). The parties move the Court to drop Defendant Iqbal Singh from this action pursuant to Federal Rule of Civil Procedure 21. Upon consideration, and for the reasons below, the motion is **GRANTED**.

Rule 21 authorizes the Court to "drop a party" at "any time, on just terms." Fed. R. Civ. P. 21. "Dropping or adding a party to a lawsuit pursuant to Rule 21 is left to the sound discretion of the trial court." Lampliter Dinner Theater, Inc. v. Liberty Mut. Ins. Co., 792 F.2d 1036, 1045 (11th Cir. 1986). Here, all parties request that Iqbal Singh be dropped because discovery has revealed that Iqbal Singh is not a proper party to this action. Accordingly, the Clerk is **DIRECTED** to terminate Defendant Iqbal Singh as a defendant.

**DONE** and **ORDERED** this **12th** day of **August 2026.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**